David R. Olsen (2458)
Charles T. Conrad (12726)
DEWSNUP KING OLSEN WOREL HAVAS MORTENSEN
36 S. State Street, Ste. 2400
Salt Lake City, UT 84111
Phone: (801) 533-0400
Fax: (801) 363-4218

*Attorneys for Plaintiffs*

---

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

---

| | |
|---|---|
| JANE DOE 1, INDIVIDUALLY AND FOR THE ESTATE OF JOHN DOE 2, JOHN DOE 1, JANE DOE 2, INDIVIDUALLY AND FOR THE ESTATE OF JOHN DOE 5, JANE DOE 3, JOHN DOE 3, JOHN DOE 4, JANE DOE 4, JOHN DOE 6, JANE DOE 5, INDIVIDUALLY AND FOR THE ESTATE OF JOHN DOE 7, JANE DOE 6, JANE DOE 7, JANE DOE 8, JOHN DOE 8, INDIVIDUALLY AND FOR THE ESTATE OF JOHN DOE 16, JANE DOE 9, JOHN DOE 9, JOHN DOE 10, JOHN DOE 11, JOHN DOE 12, JANE DOE 10, JOHN DOE 13, JOHN DOE 14, JOHN DOE 15, JANE DOE 11, INDIVIDUALLY AND FOR THE ESTATE OF JOHN DOE 19, AND FOR THE ESTATE OF JOHN DOE 20, JOHN DOE 17, JOHN DOE 18, JOHN DOE 21, JANE DOE 12, JOHN DOE 22, JOHN DOE 23, JOHN DOE 24, JOHN DOE 25, JOHN DOE 26, JOHN DOE 27, JANE DOE 13, JOHN DOE 28, JANE DOE 14, JOHN DOE 29 and JANE DOE 15, | **MOTION FOR ENTRY OF DEFAULT** |
| Plaintiffs, | Case No. 2:16-cv-00910 |
| v. | District Judge David Nuffer |
| HEZBOLLAH | |
| Defendant. | |

COMES NOW Plaintiffs, by and through counsel of record, and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure hereby moves the Court to enter a default against Hezbollah for failing to appear, plead or otherwise defend the above-entitled action. Defendant has not requested an extension of time to plead or otherwise defend the above-entitled action and the time for filing such requests has expired. Defendant is neither an infant nor an incompetent person.

The defendant, Hezbollah, was served via First Class Registered Mail pursuant to provisions of Rule 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure on January 20, 2017, based on the tracking information provided by the United States Postal Service, and which this Court has deemed sufficient proof of service pursuant to Rule 4(l)(2)(B) by Order dated June 7, 2017, ECF No. 21.

DEWSNUP KING OLSEN WOREL
HAVAS MORTENSEN

Dated this 14th day of June, 2017.        /s/ Charles T. Conrad
                                          David R. Olsen
                                          Charles T. Conrad