IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JANE DOE 1, INDIVIDUALLY AND FOR THE ESTATE OF JOHN DOE 2, JOHN DOE 1, JANE DOE 2, INDIVIDUALLY AND FOR THE ESTATE OF JOHN DOE 5, JANE DOE 3, JOHN DOE 3, JOHN DOE 4, JANE DOE 4, JOHN DOE 6, JANE DOE 5, INDIVIDUALLY AND FOR THE ESTATE OF JOHN DOE 7, JANE DOE 6, JANE DOE 7, JANE DOE 8, JOHN DOE 8, INDIVIDUALLY AND FOR THE ESTATE OF JOHN DOE 16, JANE DOE 9, JOHN DOE 9, JOHN DOE 10, JOHN DOE 11, JOHN DOE 12, JANE DOE 10, JOHN DOE 13, JOHN DOE 14, JOHN DOE 15, JANE DOE 11, INDIVIDUALLYAND FOR THE ESTATE OF JOHN DOE 19, AND FOR THE ESTATE OF JOHN DOE 20, JOHN DOE 17, JOHN DOE 18, JOHN DOE 21, JANE DOE 12, JOHN DOE 22, JOHN DOE 23, JOHN DOE 24, JOHN DOE 25, JOHN DOE 26, JOHN DOE 27, JANE DOE 13, JOHN DOE 28, JANE DOE 14, JOHN DOE 29 and JANE DOE 15,<br><br>Plaintiffs,<br><br>v.<br><br>HEZBOLLAH,<br><br>Defendants. | DEFAULT CERTIFICATE<br><br>Case No. 2:16-CV-910 DN |

Plaintiffs have moved for entry of default against Defendant Hezbollah.  Defendant has failed to appear or otherwise defend, and the time allowed by law for answering has expired. Accordingly, Plaintiffs' Motion is granted, and the default of Defendant is hereby entered according to law, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

DATED this 7th day of July, 2017.

                                D. MARK JONES, CLERK

                                By: _____
                                    Anne W. Morgan, Chief Deputy