IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JANE DOE 1, INDIVIDUALLY AND FOR THE ESTATE OF JOHN DOE 2, JOHN DOE 1, JANE DOE 2, INDIVIDUALLY AND FOR THE ESTATE OF JOHN DOE 5, JANE DOE 3, JOHN DOE 3, JOHN DOE 4, JANE DOE 4, JOHN DOE 6, JANE DOE 5, INDIVIDUALLY AND FOR THE ESTATE OF JOHN DOE 7, JANE DOE 6, JANE DOE 7, JANE DOE 8, JOHN DOE 8, INDIVIDUALLY AND FOR THE ESTATE OF JOHN DOE 16, JANE DOE 9, JOHN DOE 9, JOHN DOE 10, JOHN DOE 11, JOHN DOE 12, JANE DOE 10, JOHN DOE 13, JOHN DOE 14, JOHN DOE 15, JANE DOE 11, INDIVIDUALLYAND FOR THE ESTATE OF JOHN DOE 19, AND FOR THE ESTATE OF JOHN DOE 20, JOHN DOE 17, JOHN DOE 18, JOHN DOE 21, JANE DOE 12, JOHN DOE 22, JOHN DOE 23, JOHN DOE 24, JOHN DOE 25, JOHN DOE 26, JOHN DOE 27, JANE DOE 13, JOHN DOE 28, JANE DOE 14, JOHN DOE 29 and JANE DOE 15,<br><br>           Plaintiffs,<br>v.<br><br>HEZBOLLAH,<br>           Defendant. | ORDER GRANTING [25] PLAINTIFFS' MOTION FOR EVIDENTARY HEARING<br><br>Case No. 2:16-cv-00910<br><br>District Judge David Nuffer |

Following the entry of default against Defendant,[1] Plaintiffs moved[2] for an evidentiary hearing prior to entry of default judgment under Fed. R. Civ. P. 55(b)(2)(B) and (C). Based upon

---

[1] Default Certificate, docket no. 23, filed July 7, 2017.

[2] Motion for Evidentiary Hearing and Entry of Default Judgment and Memorandum in Support (the "Motion"), docket no. 25, filed August 3, 2017.

the Motion,[3] the continued nonappearance of defendant, and good cause appearing therefor; IT IS HEREBY ORDERED as follows:

- Plaintiff's motion[4] is GRANTED.
- An evidentiary hearing will be held August 20-21, 2018, from 8:00 am to 4:00 pm each day, and August 22 8:00 am to noon to address the issues identified below.
- Based upon the content of the motion and the earlier default of the Defendant, jurisdiction over Defendant and Defendant's liability under each of Plaintiffs' claims are well plead.
- Further consideration of those issues under Fed. R. Civ. P. 55(b)(2)(C) is therefore unnecessary.
- The focus of the evidentiary hearing will be the determination, based upon Plaintiffs' personal testimony and the presentation of argument, of the amount of damages under Fed. R. Civ. P. 55(b)(2)(B).
- Two weeks prior to the hearing, Plaintiffs are to submit a list of all witnesses with their address, relation to a decedent and brief description of their testimony; and, in documentary form, evidence of damages, including medical records and the written testimony of medical experts that substantiate Plaintiffs' injuries.

Signed April 30, 2018.

BY THE COURT

_____
David Nuffer
United States District Judge

---

[3] *Id.*

[4] *Id.*