Ari Ungar (*pro hac vice*)
OSEN LLC
2 University Plaza, Suite 402
Hackensack, NJ 07601
Phone: (201) 265-6400
Fax: (201) 265-0303

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| JANE DOE 1, JOHN DOE 1, JANE DOE 1 FOR THE ESTATE OF JOHN DOE 2, JANE DOE 2, JANE DOE 3, JOHN DOE 3, JOHN DOE 4, JANE DOE 4, JANE DOE 2 FOR THE ESTATE OF JOHN DOE 5, JOHN DOE 6, JANE DOE 5, JANE DOE 6, JANE DOE 7, JANE DOE 5 FOR THE ESTATE OF JOHN DOE 7, JANE DOE 8, JOHN DOE 8, JANE DOE 9, JOHN DOE 9, JOHN DOE 10, JOHN DOE 11, JOHN DOE 12, JANE DOE 10, JOHN DOE 13, JOHN DOE 14, JOHN DOE 15, JOHN DOE 8 FOR THE ESTATE OF JOHN DOE 16, JANE DOE 11, JOHN DOE 17, JOHN DOE 18, JANE DOE 11 FOR THE ESTATE OF JOHN DOE 19, JANE DOE 11 FOR THE ESTATE OF JOHN DOE 20, JOHN DOE 21, JANE DOE 12, JOHN DOE 22, JOHN DOE 23, JOHN DOE 24, JOHN DOE 25, JOHN DOE 26, JOHN DOE 27, JANE DOE 13, JOHN DOE 28, JANE DOE 14, JOHN DOE 29 and JANE DOE 15, <br><br>            Plaintiffs, <br><br> v. <br><br> HEZBOLLAH, <br><br>            Defendant. | **NOTICE OF VOLUNTARY DISMISSAL BY ALL PLAINTIFFS PURSUANT TO FED. R. CIV. P. 41(a)(1)** <br><br> Case No. 2:16-cv-00910-TS <br><br> Judge: Ted Stewart |

2

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs, by and through their counsel, Osen LLC, hereby voluntarily dismiss without prejudice all claims against Defendant in the above-captioned action.

DATED this 19th day of June, 2018.                    OSEN LLC

                                                      /s/ Ari Ungar
                                                      Ari Ungar